UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ST. PAUL FIRE & MARINE INSURANCE CO.,

                Plaintiff,

-against-

ASEGURADORA DE CREDITOS Y GARANTIAS, S.A.,

                Defendant.

12-cv-4627 (LAK) (MHD)

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for plaintiff, St. Paul Fire & Marine Insurance Company ("St. Paul"), certifies that St. Paul is ultimately 100% owned by The Travelers Companies, Inc., which is a publicly traded entity listed on the New York Stock Exchange.

Dated:  New York, New York
         June 12, 2012

                                  CHADBOURNE & PARKE LLP

                                  By: _____/s/_____
                                           John F. Finnegan
                                        A Member of the Firm
                                  30 Rockefeller Plaza
                                  New York, NY  10112
                                  Tel:  (212) 408-5100
                                  Fax:  (212) 541-5369

                                  Attorneys for Plaintiff,