UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE CO.,<br><br>                      Plaintiff,<br><br>        -against-<br><br>ASEGURADORA DE CREDITOS Y GARANTIAS, S.A.,<br><br>                      Defendant. | 12-cv-4627 (LAK) (MHD)<br><br>**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for plaintiff, St. Paul Fire & Marine Insurance Company ("St. Paul"), certifies that St. Paul is ultimately 100% owned by The Travelers Companies, Inc., which is a publicly traded entity listed on the New York Stock Exchange.

Dated:   New York, New York
             June 12, 2012

                                      CHADBOURNE & PARKE LLP

                                      By:        /s/
                                              John F. Finnegan
                                            A Member of the Firm
                                        30 Rockefeller Plaza
                                        New York, NY 10112
                                        Tel: (212) 408-5100
                                        Fax: (212) 541-5369

                                        Attorneys for Plaintiff,