# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

John F. Finnegan
212-408-5180
jfinnegan@chadbourne.com

*Endorsed Order*

*Application granted.*
*[signature]*
*2/19/13*

February 18, 2013


RECEIVED FEB 19 2013
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

**VIA HAND DELIVERY**

Hon. Michael H. Dolinger,
 United States Magistrate Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re:  St. Paul Fire & Marine Ins. Co. v. Aseguradora de Creditos y Granatias, S.A.
     12-Civ-4627 (LAK) (MHD)

Dear Judge Dolinger:

We represent plaintiff, St. Paul Fire & Marine Insurance Company ("St. Paul"). We write to report on the status of plaintiff's efforts to effect service on defendant in the Republic of Argentina, and to request a further 45 day extension of time within which to complete service and to file an affidavit attesting so. Plaintiff's current deadline for completing service is February 18, 2013 (today).

As we explained in our prior two letters (dated November 15, 2012 and December 27, 2012), we retained TransPerfect Legal Solutions ("TransPerfect") to translate the summons, complaint and ancillary documents (the "Litigation Papers"), and to effect service of the Litigation Papers upon defendant, Aseguradora de Creditos y Granatis, S. A. ("ACG"), in Argentina in accordance with the Hague Convention. The Litigation Papers were delivered to the Argentine Central Authority in November 2012.

We regularly check with TransPerfect to determine whether the Argentine Central Authority has issued a return of service, confirming delivery of the Litigation Papers to ACG. Our most recent follow-up request to TransPerfect was last week. As yet, the Argentine Central Authority -- an entity over which St. Paul exercises no control -- has not yet confirmed delivery of the Litigation Papers to ACG.

New York  Washington  Los Angeles  Mexico City  São Paulo  London  Moscow  Warsaw  Kyiv  Istanbul  Dubai  Beijing

# CHADBOURNE
## & PARKE LLP

**Hon. Michael H. Dolinger,**   -2-   February 18, 2013

    St. Paul has done everything within its power to complete service upon ACG under the Hague Convention. Plaintiff must continue to await action by the Central Authority in Argentina. Given these circumstances, plaintiff respectfully requests an extension of the February 18, 2013 deadline for completing service. Plaintiff proposes an extension to April 5, 2013. Please let us know whether this extension is acceptable to the Court.

                                                    Respectfully,

                                                   /John F. Finnegan

cc: David Y. Livshiz, Esq.
     David M. Raim, Esq.

CPAM: 5130887.2